IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THURSDAY POOLS LLC,

   Plaintiff,

     v.

DISCOUNT FIBERGLASS POOLS, INC., doing business as Tallman Pools,

   Defendant.

CIVIL ACTION FILE
NO. 1:21-CV-143-TWT

## ORDER

This is a patent infringement action. It is before the Court on the Defendant's Motion to Amend Counterclaims [Doc. 87] which is GRANTED.

SO ORDERED, this 13th day of March, 2023.

THOMAS W. THRASH, JR.
United States District Judge