IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THURSDAY POOLS LLC,

    Plaintiff,

v.

DISCOUNT FIBERGLASS POOLS, INC., doing business as Tallman Pools,

    Defendant.

CIVIL ACTION FILE
NO. 1:21-CV-143-TWT

# ORDER

This is a patent infringement action. It is before the Court on the Defendant's Motion for Reconsideration [Doc. 86] which is GRANTED. The portion of the Court's Order of February 2, 2023 [Doc. 85] providing that "each party to bear its own costs, expenses, and attorneys' fees relating to [Count I of the Amended Complaint]" is VACATED.

SO ORDERED, this 13th day of March, 2023.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge