IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THURSDAY POOLS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISCOUNT FIBERGLASS POOLS, INC., d/b/a Tallman Pools, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-143-TWT |

## ORDER

This is a patent infringement action. It is before the Court on the Defendant's Motion for Partial Summary Judgment of Non-Infringement Regarding USPN 10,358,837 [Doc. 72] which is DENIED as moot. The Plaintiff's Motion to Defer Briefing and Ruling [Doc. 80] is DENIED as moot. The Defendant's Motion for Reconsideration [Doc. 86] is GRANTED.

SO ORDERED, this   27th   day of July, 2023.

*[signature: Thomas W. Thrash]*

THOMAS W. THRASH, JR.
United States District Judge